UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE L. FERRELL, | Case No.: 2:24-cv-01527-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| GNLV, LLC, | |
| Defendant | |

I ORDER that plaintiff Michelle Ferrell's certificate of interested parties (ECF No. 5) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2) because it does not identify Ferrell's citizenship.

I FURTHER ORDER that by September 5, 2024, Ferrell must file a certificate of interested parties that complies with Local Rule 7.1-1 and that identifies her citizenship as of the time the complaint was filed and as of the time of removal.

DATED this 22nd day of August, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE