**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
CHRISTOPHER A. LUND
Nevada Bar No. 12435
Emails: ghayes@tysonmendes.com
          clund@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (725) 201-9364
Facsimile: (702) 410-7684
*Attorneys for Defendant, GNLV, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE FERRELL,<br><br>    Plaintiff,<br><br>v.<br><br>GNLV, LLC d/b/a GOLDEN NUGGET LAS VEGAS HOTEL AND CASINO; DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-01527-APG-NJK<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

    IT IS HEREBY STIPULATED AND AGREED, between the parties and their attorneys of record, that **the current discovery deadlines to be extended as indicated on page 3,** pursuant to Local Rule 26-1(b) and 26-3.

**I.**
**DISCOVERY COMPLETED TO DATE**

    1.    The parties have conducted the FRCP 26.1 Early Case Conference.

    2.    Defendant produced its Lists of Witnesses and Documents, pursuant to FRCP 26(a) on August 16, 2024, disclosing approximately 34 pages.

    3.    Plaintiff produced her Lists of Witnesses and Documents pursuant to FRCP 26(a) on September 12, 2024, disclosing approximately 300 pages.

4. Plaintiff served a Notice of Site Inspection on September 30, 2024.

5. Plaintiff served a Notice of Taking Deposition of William McAlinden on September 30, 2024.

6. Plaintiff served an Amended Notice of Taking Deposition of William McAlinden on October 23, 2024.

7. Plaintiff served her First Set of Interrogatories (23 total) and Requests for Production of Documents (24 total) on November 18, 2024.

8. Defendant served a Notice of Intent to Serve Rule 45 Subpoenas to the Custodians of Records of Plaintiff's identified medical providers on October 29, 2024.

9. Plaintiff served her Amended Notice of Site Inspection on November 8, 2024.

10. Defendant served a Notice of Taking Deposition of Plaintiff on November 18, 2024.

11. Defendant served a Notice of Intent to Serve Rule 45 Subpoenas to the Custodians of Records of Plaintiff's identified medical providers on November 25, 2024.

12. Defendant served a Notice of IME on November 26, 2024.

13. Defendant propounded its First Set of Interrogatories (25 Interrogatories), Requests for Production of Documents (32 Requests), and Requests for Admissions (26 Requests) to Plaintiff on November 25, 2024.

14. Plaintiff produced the First Supplement to her Lists of Witnesses and Documents, and supplements thereto pursuant to FRCP 26(a) on November 26, 2024, disclosing approximately 572 pages.

15. Deposition of Plaintiff, taken on November 22, 2024.

16. Inspection of the premises.

## II.
## DISCOVERY THAT REMAINS TO BE COMPLETED

1. Rule 35 Examination of Plaintiff currently schedule for December 16, 2024.

2. Deposition of Defendant GNLV, LLC 30(b)(6) witness(es).

3. Initial Expert Disclosure.

4. Rebuttal Expert Disclosure.

5. Deposition(s) of Plaintiff's treating physicians.

6. Deposition of other percipient witnesses.

7. Depositions of experts.

8. Issuing subpoenas to additional third-parties, including Plaintiff's medical providers (if any).

9. Additional written discovery (if necessary).

10. Any remaining discovery the parties deem relevant and necessary as discovery continues.

## III.
## REASONS THE PARTIES REQUEST TO EXTEND THE DISCOVERY DEADLINES

The parties respectfully submit, pursuant to Local Rule 26-3, that good cause exists for the following requested extension. This Request for an extension of time is not sought for any improper purpose other purpose of delay. Good cause exists for the following reasons: the parties have been diligently working on scheduling a Rule 35 independent medical examination of Plaintiff. The Examination is scheduled for December 16, 2024 with Dr. Sutherland; however due to the holidays his expert report will be available at least 30 days after the Examination. In addition, with the holiday season, other experts are running into issues with the current deadline. The parties therefore request a modest extension of the remaining case deadlines as outlined below to allow sufficient time for plaintiff's examination, and the preparation of the expert reports.

**Extension or Modification of The Discovery Plan and Scheduling Order.**

| Discovery Deadline | Current Deadline | Proposed Deadline |
|---|---|---|
| Motion to Amend/Add Parties | November 29, 2024 | November 29, 2024 |
| Initial Expert Disclosures | December 27, 2024 | January 27, 2025 |
| All Rebuttal Expert Disclosures | January 27, 2025 | February 26, 2025 |
| Discovery Cut-Off Date | February 27, 2025 | March 28, 2025 |
| Dispositive Motions | March 31, 2025 | April 30, 2025 |
| Pretrial Order | April 30, 2025 | May 30, 2025 |

///

///

3

1    The parties represent this Stipulation is sought in good faith and not interposed for delay or
2 any other improper purpose.
3    DATED this 6th day of December, 2024.        DATED this 6th day of December, 2024.
4    **THE COTTLE FIRM**                          **TYSON & MENDES LLP**

6    /s/ Matthew G. Holland                       /s/ Griffith H. Hayes
     ROBERT W. COTTLE, ESQ.                       GRIFFITH H. HAYES, ESQ.
     Nevada Bar No. 4576                          Nevada Bar No. 7374
7    MATTHEW G. HOLLAND, ESQ.                     CHRISTOPHER A. LUND
     Nevada Bar No. 10370                         NEVADA BAR NO. 12435
8    8635 South Eastern Avenue                    2835 St. Rose Parkway, Suite 140
     Las Vegas, NV 89123                          Henderson, Nevada 89052
9    *Attorneys for Plaintiff*                    *Attorneys for Defendant GNLV, LLC*

11       **IT IS SO ORDERED.**

13                                   _____
                                     UNITED STATES MAGISTRATE JUDGE

                                     DATED  December 6, 2024

4