# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHELLE L. FERRELL,

    Plaintiff(s),

v.

GNLV, LLC,

    Defendant(s).

Case No. 2:24-cv-01527-APG-NJK

**Order**

In light of the notice of settlement, Docket No. 21, the parties must file dismissal papers by August 6, 2025.

IT IS SO ORDERED.

Dated: July 28, 2025

                                                  Nancy J. Koppe
United States Magistrate Judge