# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHELLE L. FERRELL,

    Plaintiff(s),

v.

GNLV, LLC,

    Defendant(s).

Case No. 2:24-cv-01527-APG-NJK

**Order**

    Pending before the Court is a status report seeking to extend the deadline to file dismissal papers. Docket No. 23. Counsel are advised that requests for relief must be presented in a motion or stipulation, not a status report. *Cf.* Local Rule IC 2-2(b). As a one-time courtesy, however, the Court GRANTS the request to extend. Dismissal papers must be filed by September 5, 2025.

    IT IS SO ORDERED.

    Dated: August 1, 2025

                                                      Nancy J. Koppe
                                                      United States Magistrate Judge