**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Emails: ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (725) 201-9364
Facsimile: (702) 410-7684
*Attorneys for Defendant, GNLV, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE FERRELL,<br><br>　　Plaintiff,<br><br>　　v.<br><br>GNLV, LLC d/b/a GOLDEN NUGGET LAS VEGAS HOTEL AND CASINO; DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>　　Defendants. | Case No. 2:24-cv-01527-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff MICHELLE FERRELL, an individual, by and through her counsel, THE COTTLE FIRM and Defendant GNLV, LLC by and through their counsel, TYSON & MENDES, LLP, Plaintiff's complaint and all causes of action therein be dismissed with prejudice with each party to bear their own fees and costs

DATED this 8th day of September 2025.　　　DATED this 8th day of September 2025.

**THE COTTLE FIRM**　　　　　　　　　　　　**TYSON & MENDES LLP**

 /s/ Matthew G. Holland　　　　　　　　　　 /s/Griffith Hayes
ROBERT W. COTTLE　　　　　　　　　　　GRIFFITH H. HAYES
Nevada Bar No. 4576　　　　　　　　　　　　Nevada Bar No. 7374
MATTHEW G. HOLLAND　　　　　　　　　2835 St. Rose Parkway, Suite 140
Nevada Bar No. 10370　　　　　　　　　　　Henderson, Nevada 89052
8635 South Eastern Avenue　　　　　　　　　*Attorneys for Defendant GNLV, LLC*
Las Vegas, NV 89123
*Attorneys for Plaintiff*

## ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing.

**IT IS HEREBY ORDERED** that the above-entitled action be dismissed WITH PREJUDICE in its entirety, with all parties to bear their own attorney fees and costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

_____
**ANDREW P. GORDON**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: September 9, 2025**